EXHIBIT# 1 - FameFlynet, Inc. v. SUNBEAM TELEVISION CORPORATION

| COPYRIGHTED IMAGE | INFRINGEMENT#1 OF 2 | | WEB PAGE CAPTURE |
|---|---|---|---|
|  | Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10349431<br>Date Taken: 05/13/2014<br>Photo Description: Johnny Depp arrives on set and is magically transformed into character as notorious gangster Whitey Bulger.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1622998234<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915513 | Domain: wsvn.com<br>URL:   http://www.wsvn.com/story/25818479/black-mass-setting-up-parade-in-lynn<br>Observed Date: 08/22/2014 | |
| **COPYRIGHTED IMAGE** | **INFRINGEMENT#2 OF 2** | | **WEB PAGE CAPTURE** |
|  | Photo Owner: FameFlynet, Inc.<br>Photo ID Number: 10349431<br>Date Taken: 05/13/2014<br>Photo Description: Johnny Depp arrives on set and is magically transformed into character as notorious gangster Whitey Bulger.<br>Copyright Application Date: 07/28/2014<br>Application Number: 1-1622998234<br>Copyright Registration Date: 07/28/2014<br>Registration Number: VA0001915513 | Domain: wsvn.com<br>URL:   http://www.wsvn.com/story/25520980/triple-os-lounge-in-cambridge-for-black-mass<br>Observed Date: 08/22/2014 |  |

x